ProHacVice, SUMREQ

# U.S. Bankruptcy Court
## Eastern District of Louisiana (New Orleans)
## Adversary Proceeding #: 15-01024
### Internal Use Only

*Assigned to:* Jerry A. Brown  
*Lead BK Case:* 14-11638  
*Lead BK Title:* William A. Demmons, III and Karen S. Fowler  
*Lead BK Chapter:* 7  
*Demand:*

*Date Filed:* 03/12/15

*Nature[s] of Suit:*  63 Dischargeability - 523(a)(8), student loan

*Plaintiff*
-----------------------
**William A. Demmons, III**  
400 Baptiste Circle  
Houma, LA 70363  
SSN / ITIN: 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

represented by **Robin R. DeLeo**  
800 Ramon St  
Mandeville, LA 70448  
(985) 727-1664  
Fax : (985) 727-4388  
Email: jennifer@northshoreattorney.com

*Plaintiff*
-----------------------
**Karen S. Fowler**  
400 Baptiste Circle  
Houma, LA 70363  
SSN / ITIN: 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

represented by **Robin R. DeLeo**  
(See above for address)

V.

*Defendant*
-----------------------
**R3 Education, Inc. dba Saba University School of Medicine**  
Corporate Service Company  
84 State St.  
Boston, MA 02110

represented by **C. Davin Boldissar**  
Locke Lord LLP  
601 Poydras Street  
Suite 2660  
New Orleans, LA 70130-6036  
(504) 558-5110  
Fax : (504) 558-5200  
Email: nobankecf@lockelord.com

**Bradley C. Knapp**  
Locke Lord LLP  
601 Poydras Street  
Suite 2660

New Orleans, LA 70130
504 558-5210
Fax : 504 910-6847
Email: bknapp@lockelord.com

*Defendant*
-----------------------
**American Educational Services**
Eddie Upshaw, Registered Agent
Rt 2, Box. 15
Spearsville, LA 71277

represented by **American Educational Services**
PRO SE

*Defendant*
-----------------------
**Maine Educational Services**
National Education Association
Jonathan S R Beal, Registered Agent
PO Box 1400
Portland, ME 04104

represented by **Maine Educational Services**
PRO SE

*Defendant*
-----------------------
**Navient Solutions, Inc.**
Corporate Service Company, Registered Ag
320 Somerulos St.
Baton Rouge, LA 70802-6129

represented by **Navient Solutions, Inc.**
PRO SE

*Defendant*
-----------------------
**State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist,** *State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist*
1560 Broadway
Suite 1700
Denver, CO 80202
720-264-8531
*TERMINATED: 11/13/2015*

represented by **Jane Jackson**
Kelly Hart & Pitre
400 Poydras Street
Suite 1812
New Orleans, LA 70130
(504) 522-1812
Fax : (504) 522-1813
Email: jane.jackson@kellyhart.com
*TERMINATED: 11/13/2015*

**Kyle Seedorf**
1670 Broadway Su 900
Denver, CO 80202
Email: KSeedorf@talawfirm.com
*TERMINATED: 11/13/2015*

*Defendant*
-----------------------
**FCDB NPSL LLC**

The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801

*Defendant*
-----------------------
**FCDB NPSL LLC**
c/o Goal Structured Solutions
401 West A Street, Su 1300
San Diego, CA 92101

*Defendant*
-----------------------
**Deutche Bank**
Through Legal Department
60 Wall Street 36th Floor
New York, NY 10005

*Defendant*
-----------------------
**Key Bank N.A.**                                   represented by **Earl F. Sundmaker**
Through CEO Beth Mooney                             The Sundmaker Firm
127 Public SQ                                       1027 Ninth St.
Cleveland, OH 44114                                 New Orleans, LA 70115
                                                    (504) 568-0515
                                                    Fax : (504) 568-0519
                                                    Email: trey@sundmakerfirm.com

*Defendant*
-----------------------
**Key Bank USA, N.A.**
Through Keybank Risk Operations
4901 Tiedman Road
OH-01-51-4002
Brooklyn, OH 44144

*Defendant*
-----------------------
**Educational Credit Management Corporation**       represented by **Heather A. LaSalle**
McGlinchey Stafford, PLLC                           McGlinchey Stafford, PLLC
c/o Heather LaSalle Alexis                          601 Poydras Street, 12th Floor
601 Poydras Street, 12th Floor                      New Orleans, LA 70130
New Orleans, LA 70130                               (504) 596-0395
                                                    Fax : (504) 324-0749
                                                    Email: hlasalle@mcglinchey.com

| Filing Date | # | Docket Text |
|---|---|---|
| 03/12/2015 | 1 | Adversary case 15-01024. Complaint *to Determine Dischargeability of Student Loans* by William A. Demmons III, Karen S. Fowler against R3 Education, Inc. dba Saba University School of Medicine, American Educational Services, Maine Educational Services, Navient Solutions, Inc., Nelnet, Inc.. Fee Amount $350. (63 (Dischargeability - 523(a)(8), student loan)) (DeLeo, Robin) (Entered: 03/12/2015) |
| 03/12/2015 |  | Receipt of filing fee for Complaint(15-01024) [cmp,cmp] ( 350.00). Receipt number 5127476, amount $ 350.00. (re:Doc# 1) (U.S. Treasury) (Entered: 03/12/2015) |
| 03/13/2015 | 2 | Summons Issued on Maine Educational Services of National Education Association Answer Due 4/13/2015. (Donelon, G) (Entered: 03/13/2015) |
| 03/13/2015 | 3 | Summons Issued on Navient Solutions, Inc. of Corporate Service Company, Registered Ag Answer Due 4/13/2015. (Donelon, G) (Entered: 03/13/2015) |
| 03/13/2015 | 4 | Summons Issued on American Educational Services of Eddie Upshaw, Registered Agent Answer Due 4/13/2015. (Donelon, G) (Entered: 03/13/2015) |
| 03/13/2015 | 5 | Summons Issued on Nelnet, Inc. of Angie R. Miller Answer Due 4/13/2015. (Donelon, G) (Entered: 03/13/2015) |
| 03/13/2015 | 6 | Summons Issued on R3 Education, Inc. dba Saba University School of Medicine of Corporate Service Company Answer Due 4/13/2015. (Donelon, G) (Entered: 03/13/2015) |
| 03/16/2015 | 7 | Summons Service Executed on R3 Education, Inc. dba Saba University School of Medicine 3/16/2015 . (DeLeo, Robin) (Entered: 03/16/2015) |
| 03/16/2015 | 8 | Summons Service Executed on American Educational Services 3/16/2015 . (DeLeo, Robin) (Entered: 03/16/2015) |
| 03/16/2015 | 9 | Summons Service Executed on Maine Educational Services 3/16/2015 . (DeLeo, Robin) (Entered: 03/16/2015) |
| 03/16/2015 | 10 | Summons Service Executed on Navient Solutions, Inc. 3/16/2015 . (DeLeo, Robin) (Entered: 03/16/2015) |
| 03/16/2015 | 11 | Summons Service Executed on Nelnet, Inc. 3/16/2015 . (DeLeo, Robin) (Entered: 03/16/2015) |
| 04/08/2015 | 12 | First Amended Summons Service Executed on American Educational Services 4/8/2015 . (DeLeo, Robin) (Entered: 04/08/2015) |

| | | |
|---|---|---|
| 04/08/2015 | ●13 | First Amended Summons Service Executed on Maine Educational Services 4/8/2015 . (DeLeo, Robin) (Entered: 04/08/2015) |
| 04/08/2015 | ●14 | Stipulation By William A. Demmons III, Karen S. Fowler and Between Navient Solutions, Inc. Filed by William A. Demmons III, Karen S. Fowler (RE: (related document(s)1 Complaint filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler) (DeLeo, Robin) (Entered: 04/08/2015) |
| 04/09/2015 | ●15 | Notice of Deficiency New Summons must be requested The corrected filing must be submitted within 2 business days. Otherwise, the court may issue an order to show cause as to why the document was not corrected, or may strike the pleading. You may contact the court for further procedural information.(RE: (related document(s)12 Summons Service Executed, 13 Summons Service Executed) Deficiency Correction due by 4/13/2015. (Donelon, G) (Entered: 04/09/2015) |
| 04/09/2015 | ●16 | Request for Issuance of Summons *for Defendant, American Education Services* Filed by William A. Demmons III, Karen S. Fowler (DeLeo, Robin) (Entered: 04/09/2015) |
| 04/09/2015 | ●17 | Request for Issuance of Summons *for Defendant, Maine Education Services* Filed by William A. Demmons III, Karen S. Fowler (DeLeo, Robin) (Entered: 04/09/2015) |
| 04/09/2015 | ●18 | Summons Issued on Maine Educational Services of National Education Association Answer Due 5/11/2015. (Donelon, G) (Entered: 04/09/2015) |
| 04/09/2015 | ●19 | Summons Issued on American Educational Services of Eddie Upshaw, Registered Agent Answer Due 5/11/2015. (Donelon, G) (Entered: 04/09/2015) |
| 04/10/2015 | ●20 | Summons Service Executed on American Educational Services 4/10/2015 . (DeLeo, Robin) (Entered: 04/10/2015) |
| 04/10/2015 | ●21 | Summons Service Executed on Maine Educational Services 4/10/2015 . (DeLeo, Robin) (Entered: 04/10/2015) |
| 04/13/2015 | ● | Corrective Deficiency Satisfied (Donelon, G) (Entered: 04/13/2015) |
| 04/13/2015 | ●22 | Unopposed Motion for Authority *to Substitute State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist as Proper Party in place of Nelnet, Inc.* Filed by State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist (Jackson, Jane) (Entered: 04/13/2015) |
| | ●23 | Unopposed Motion *for Ex Parte Consideration* Filed by State of Colorado, Department of Higher Education, Colorado Student Loan |

| | | |
|---|---|---|
| 04/13/2015 | | Program d/b/a College Assist (RE: (related document(s)22 Motion for Authority filed by Defendant State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist) (Jackson, Jane) (Entered: 04/13/2015) |
| 04/13/2015 | 24 | Answer to Complaint Filed by State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist (Jackson, Jane) (Entered: 04/13/2015) |
| 04/14/2015 | 25 | Order APPROVING STIPULATION FOR DISCHARGE of EDUCATIONAL LOAN LOAN DEBT Between PLAINTIFFS AND NAVIENT SOLUTIONS, INC, and Dismissing "NAVIENT SOLUTIONS, INC" AS DEFENDANT IN THIS AVERSARY IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. Signed on April 14, 2015 (RE: related document(s)14 Stipulation filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler) (Donelon, G) (Entered: 04/14/2015) |
| 04/14/2015 | 26 | Order Granting Motion For Authority IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)22 Motion for Authority filed by Defendant State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist) Signed on April 14, 2015. (Donelon, G) (Entered: 04/14/2015) |
| 04/14/2015 | 27 | Order Granting Motion IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)23 Motion to substitute party filed by Defendant State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist) Signed on April 14, 2015. (Donelon, G) (Entered: 04/14/2015) |
| 04/14/2015 | 28 | Certificate of Service Filed by William A. Demmons III, Karen S. Fowler (RE: (related document(s)25 Order) (DeLeo, Robin) (Entered: 04/14/2015) |
| 04/14/2015 | 29 | Certificate of Service Filed by State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist (RE: (related document(s)26 Order on Motion for Authority) (Jackson, Jane) (Entered: 04/14/2015) |
| 04/14/2015 | 30 | Certificate of Service Filed by State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist (RE: (related document(s)27 Generic Order) (Jackson, Jane) (Entered: 04/14/2015) |

| | | |
|---|---|---|
| 04/15/2015 | 31 | First Amended Certificate of Service Filed by William A. Demmons III, Karen S. Fowler (RE: (related document(s)28 Certificate of Service filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler) (DeLeo, Robin) (Entered: 04/15/2015) |
| 05/01/2015 | 32 | Unopposed Motion to Extend Time *to File FResponsive Pleadings* Filed by R3 Education, Inc. dba Saba University School of Medicine (Attachments: # 1 Exhibit) (Boldissar, C.) (Entered: 05/01/2015) |
| 05/04/2015 | 33 | Order Granting Motion to Extend Time till, Deadline extended to June 1, 2015 IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)32 Motion to Extend Time filed by Defendant R3 Education, Inc. dba Saba University School of Medicine) Signed on May 4, 2015. (Donelon, G) (Entered: 05/04/2015) |
| 05/04/2015 | 34 | Certificate of Service Filed by R3 Education, Inc. dba Saba University School of Medicine (RE: (related document(s)33 Order on Motion to Extend Time) (Boldissar, C.) (Entered: 05/04/2015) |
| 05/28/2015 | 35 | Unopposed Motion to Extend Time *to File Responsive Pleadings* Filed by R3 Education, Inc. dba Saba University School of Medicine (Attachments: # 1 Exhibit Proposed Order to be emailed) (Boldissar, C.) (Entered: 05/28/2015) |
| 05/29/2015 | 36 | Order Granting Motion to Extend Time until June 10, 2015 IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)35 Motion to Extend Time filed by Defendant R3 Education, Inc. dba Saba University School of Medicine) Signed on May 29, 2015. (Donelon, G) (Entered: 05/29/2015) |
| 06/02/2015 | 37 | Certificate of Service Filed by R3 Education, Inc. dba Saba University School of Medicine (RE: (related document(s)36 Order on Motion to Extend Time) (Boldissar, C.) (Entered: 06/02/2015) |
| 06/10/2015 | 38 | Motion to Dismiss Adversary Proceeding *and Incorporated Memorandum in Support or Alternatively, Motion for More Definite Statement* Filed by R3 Education, Inc. dba Saba University School of Medicine (Boldissar, C.) (Entered: 06/10/2015) |
| | 39 | Notice of Hearing Filed by Filed by R3 Education, Inc. dba Saba University School of Medicine (RE: (related document(s)38 Motion to Dismiss Adversary Proceeding filed by Defendant R3 Education, Inc. dba Saba University School of Medicine) Hearing scheduled for 7/1/2015 at 09:00 AM at 500 Poydras Street, Suite B-705 **SECTION** |

| | | |
|---|---|---|
| 06/10/2015 | | **B**. (Boldissar, C.) (Entered: 06/10/2015) |
| 06/10/2015 | 40 | Certificate of Service Filed by R3 Education, Inc. dba Saba University School of Medicine (RE: (related document(s)39 Notice of Hearing filed by Defendant R3 Education, Inc. dba Saba University School of Medicine) (Boldissar, C.) (Entered: 06/10/2015) |
| 06/30/2015 | 41 | Agreed Motion to Continue Hearing On *its Motion to Dismiss* Filed by R3 Education, Inc. dba Saba University School of Medicine (RE: (related document(s)38 Motion to Dismiss Adversary Proceeding filed by Defendant R3 Education, Inc. dba Saba University School of Medicine) (Boldissar, C.) (Entered: 06/30/2015) |
| 06/30/2015 | 42 | Order Granting Motion To Continue/Reschedule Hearing On (RE: related document(s)38 Motion to Dismiss Adversary Proceeding filed by Defendant R3 Education, Inc. dba Saba University School of Medicine) Signed on June 30, 2015. Hearing scheduled for 7/15/2015 at 09:00 AM at 500 Poydras Street, Suite B-705 **SECTION B**. (Donelon, G) (Entered: 06/30/2015) |
| 07/07/2015 | 43 | Response with Certificate of Service Filed by William A. Demmons III, Karen S. Fowler (RE: (related document(s)38 Motion to Dismiss Adversary Proceeding filed by Defendant R3 Education, Inc. dba Saba University School of Medicine, 39 Notice of Hearing filed by Defendant R3 Education, Inc. dba Saba University School of Medicine, 42 Order on Motion to Continue/Reschedule Hearing) Hearing scheduled for 7/15/2015 at 09:00 AM at 500 Poydras Street, Suite B-705 **SECTION B**. (DeLeo, Robin) (Entered: 07/07/2015) |
| 07/13/2015 | 44 | Summons Issued on American Educational Services of Eddie Upshaw, Registered Agent Answer Due 8/12/2015. (Donelon, G) (Entered: 07/13/2015) |
| 07/13/2015 | 45 | Summons Issued on Maine Educational Services of National Education Association Answer Due 8/12/2015. (Donelon, G) (Entered: 07/13/2015) |
| 07/13/2015 | 46 | Summons Issued on American Educational Services of Eddie Upshaw, Registered Agent Answer Due 8/12/2015. (Donelon, G) (Entered: 07/13/2015) |
| 07/16/2015 | 47 | Summons Service Executed on American Educational Services 7/16/2015 . (DeLeo, Robin) (Entered: 07/16/2015) |
| 07/16/2015 | 48 | Summons Service Executed on American Educational Services 7/16/2015 . (DeLeo, Robin) (Entered: 07/16/2015) |
| 07/16/2015 | 49 | Summons Service Executed on American Educational Services 7/16/2015 . (DeLeo, Robin) (Entered: 07/16/2015) |
| | | |

| | | |
|---|---|---|
| 07/16/2015 | 50 | *Disregard* Summons Issued on Maine Educational Services of National Education Association Answer Due 8/17/2015. (McGinn, S) Modified on 7/16/2015 (McGinn, S). (Entered: 07/16/2015) |
| 07/16/2015 | 51 | Summons Issued on MES Answer Due 8/17/2015. (McGinn, S) (Entered: 07/16/2015) |
| 07/16/2015 | 52 | Summons Issued on Maine Education Services Answer Due 8/17/2015. (McGinn, S) (Entered: 07/16/2015) |
| 07/16/2015 | 53 | Summons Service Executed on Maine Educational Services 7/16/2015 . (DeLeo, Robin) (Entered: 07/16/2015) |
| 07/16/2015 | 54 | Summons Service Executed on Maine Educational Services 7/16/2015 . (DeLeo, Robin) (Entered: 07/16/2015) |
| 07/16/2015 | 55 | Summons Service Executed on Maine Educational Services 7/16/2015 . (DeLeo, Robin) (Entered: 07/16/2015) |
| 07/16/2015 | 56 | Order Denying Motion to Dismiss Adversary Proceeding and Granting Motion for More Definite Statement. (RE: related document(s)38 Motion to Dismiss Adversary Proceeding filed by Defendant R3 Education, Inc. dba Saba University School of Medicine) Plaintiffs have 7 Days to file an Amended Complaint. Signed on July 16, 2015. (Nunnery, J.) (Entered: 07/16/2015) |
| 07/17/2015 | 57 | Certificate of Service Filed by R3 Education, Inc. dba Saba University School of Medicine (RE: (related document(s)56 Order on Motion to Dismiss Adversary Proceeding) (Knapp, Bradley) (Entered: 07/17/2015) |
| 07/30/2015 | 58 | Amended Complaint *to Determine Dischargeability of Student Loans* by Robin R. DeLeo on behalf of William A. Demmons III, Karen S. Fowler against all defendants (related document(s)1). (DeLeo, Robin) (Entered: 07/30/2015) |
| 07/31/2015 | 59 | Summons Issued on Deutche Bank of Through Legal Department Answer Due 8/31/2015. (Donelon, G) (Entered: 07/31/2015) |
| 07/31/2015 | 60 | Summons Issued on FCDB NPSL LLC of The Corporation Trust Company Answer Due 8/31/2015. (Donelon, G) (Entered: 07/31/2015) |
| 07/31/2015 | 61 | Summons Issued on FCDB NPSL LLC of c/o Goal Structured Solutions Answer Due 8/31/2015. (Donelon, G) (Entered: 07/31/2015) |
| 07/31/2015 | 62 | Summons Issued on Key Bank N.A. of Through CEO Beth Mooney Answer Due 8/31/2015. (Donelon, G) (Entered: 07/31/2015) |
| | 63 | Summons Issued on Key Bank USA, N.A. of Through Keybank Risk |

| | | |
|---|---|---|
| 07/31/2015 | | Operations Answer Due 8/31/2015. (Donelon, G) (Entered: 07/31/2015) |
| 07/31/2015 | 64 | Summons Service Executed on Deutche Bank 7/31/2015 . (DeLeo, Robin) (Entered: 07/31/2015) |
| 07/31/2015 | 65 | Summons Service Executed on Deutche Bank 7/31/2015 . (DeLeo, Robin) (Entered: 07/31/2015) |
| 07/31/2015 | 66 | Summons Service Executed on FCDB NPSL LLC 7/31/2015 . (DeLeo, Robin) (Entered: 07/31/2015) |
| 07/31/2015 | 67 | Summons Service Executed on FCDB NPSL LLC 7/31/2015 . (DeLeo, Robin) (Entered: 07/31/2015) |
| 07/31/2015 | 68 | Summons Service Executed on Key Bank N.A. 7/31/2015 . (DeLeo, Robin) (Entered: 07/31/2015) |
| 07/31/2015 | 69 | Summons Service Executed on Key Bank USA, N.A. 7/31/2015 . (DeLeo, Robin) (Entered: 07/31/2015) |
| 08/11/2015 | 70 | Document (Letter received from Maine Medical Association). (Nunnery, J.) (Entered: 08/11/2015) |
| 08/12/2015 | 71 | Answer to Amended Complaint Filed by State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist (RE: (related document(s)58 Amended Complaint filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler) (Jackson, Jane) (Entered: 08/12/2015) |
| 08/12/2015 | 72 | Unopposed Motion to Extend Time Filed by R3 Education, Inc. dba Saba University School of Medicine (Boldissar, C.) (Entered: 08/12/2015) |
| 08/14/2015 | 73 | Order Granting Motion to Extend Time to August 20, 2015 IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)72 Motion to Extend Time filed by Defendant R3 Education, Inc. dba Saba University School of Medicine) Signed on August 14, 2015. (Donelon, G) (Entered: 08/14/2015) |
| 08/18/2015 | 74 | Certificate of Service Filed by R3 Education, Inc. dba Saba University School of Medicine (RE: (related document(s)73 Order on Motion to Extend Time) (Boldissar, C.) (Entered: 08/18/2015) |
| | 75 | Motion to Dismiss Document *First Amended Complaint* Filed by R3 Education, Inc. dba Saba University School of Medicine (RE: (related |

| | | |
|---|---|---|
| 08/20/2015 | | document(s)58 Amended Complaint filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler) (Knapp, Bradley) (Entered: 08/20/2015) |
| 08/20/2015 | 76 | Notice of Hearing Filed by Filed by R3 Education, Inc. dba Saba University School of Medicine (RE: (related document(s)58 Amended Complaint filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler) Hearing scheduled for 9/23/2015 at 09:00 AM (check with court for location). (Knapp, Bradley) (Entered: 08/20/2015) |
| 08/20/2015 | 77 | Certificate of Service Filed by R3 Education, Inc. dba Saba University School of Medicine (RE: (related document(s)76 Notice of Hearing filed by Defendant R3 Education, Inc. dba Saba University School of Medicine) (Knapp, Bradley) (Entered: 08/20/2015) |
| 08/31/2015 | 78 | Answer to Amended Complaint Filed by Key Bank N.A. (RE: (related document(s)58 Amended Complaint filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler) (Sundmaker, Earl) (Entered: 08/31/2015) |
| 08/31/2015 | 79 | Statement of Corporate Ownership filed. Filed by Key Bank N.A. (Sundmaker, Earl) (Entered: 08/31/2015) |
| 09/18/2015 | 80 | Ex Parte Motion to Continue Hearing On *SABA's Motion to Dismiss with Certificate of Service* Filed by William A. Demmons III, Karen S. Fowler (RE: (related document(s)75 Motion to Dismiss/Withdraw Document filed by Defendant R3 Education, Inc. dba Saba University School of Medicine, 76 Notice of Hearing filed by Defendant R3 Education, Inc. dba Saba University School of Medicine) (DeLeo, Robin) (Entered: 09/18/2015) |
| 09/21/2015 | 81 | Order Granting Motion To Continue/Reschedule Hearing On (RE: related document(s)75 Motion to Dismiss/Withdraw Document filed by Defendant R3 Education, Inc. dba Saba University School of Medicine, 80 Motion to Continue/Reschedule Hearing filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler) Signed on September 21, 2015. Hearing scheduled for 10/14/2015 at 09:00 AM at 500 Poydras Street, Suite B-705 **SECTION B**. (Donelon, G) (Entered: 09/21/2015) |
| 09/21/2015 | 82 | Certificate of Service Filed by William A. Demmons III, Karen S. Fowler (RE: (related document(s)81 Order on Motion to Continue/Reschedule Hearing) (DeLeo, Robin) (Entered: 09/21/2015) |
| 09/28/2015 | 83 | Notice of Rule 16(b) Conference and Pre-Trial Conference. Pre-Trial Conference scheduled for 10/30/2015 at 10:00 AM at Hale Boggs Federal Building, Room B-741A, 500 Poydras Street. (Matrana, L) (Entered: 09/28/2015) |
| | 84 | Answer to Complaint , Answer to Amended Complaint Filed by Deutsche Bank National Trust Co. (RE: (related document(s)1 |

| | | |
|---|---|---|
| 09/29/2015 | | Complaint filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler, 58 Amended Complaint filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler) (Sundmaker, Earl) (Entered: 09/29/2015) |
| 09/29/2015 | 85 | Statement of Corporate Ownership filed. Filed by Deutsche Bank National Trust Co. (Sundmaker, Earl) (Entered: 09/29/2015) |
| 09/30/2015 | 86 | BNC Certificate of Mailing - PDF Document(RE: (related document(s) 83 Rule 16b Conference and Pre-Trial Conference) Notice Date 09/30/2015. (Admin.) (Entered: 09/30/2015) |
| 10/06/2015 | 87 | Opposition with Certificate of Service Filed by William A. Demmons III, Karen S. Fowler (RE: (related document(s)75 Motion to Dismiss/Withdraw Document filed by Defendant R3 Education, Inc. dba Saba University School of Medicine) Hearing scheduled for 10/14/2015 at 09:00 AM at 500 Poydras Street, Suite B-705 **SECTION B**. (DeLeo, Robin) (Entered: 10/06/2015) |
| 10/08/2015 | 88 | Motion to Appear pro hac vice Filed by State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist (Attachments: # 1 Exhibit 1 - Certificate of Good Standing) (Jackson, Jane) (Entered: 10/08/2015) |
| 10/08/2015 | 89 | Motion *for Ex Parte Consideration* Filed by State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist (RE: (related document(s)88 Motion to Appear pro hac vice filed by Defendant State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist) (Jackson, Jane) (Entered: 10/08/2015) |
| 10/08/2015 | 90 | Document *Exhibit 1* Filed by William A. Demmons III, Karen S. Fowler (RE: (related document(s)87 Opposition filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler) (DeLeo, Robin) (Entered: 10/08/2015) |
| 10/09/2015 | 91 | Order Granting Motion Kyle Seedolf To Appear pro hac vice IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)88 Motion to Appear pro hac vice filed by Defendant State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist) Signed on October 9, 2015. (Donelon, G) (Entered: 10/09/2015) |
| 10/13/2015 | 92 | Certificate of Service Filed by State of Colorado, Department of Higher Education, Colorado Student Loan Program d/b/a College Assist (RE: (related document(s)91 Order on Motion to Appear pro hac vice) (Jackson, Jane) (Entered: 10/13/2015) |
| | | |

| | | |
|---|---|---|
| 10/16/2015 | 93 | Second Amended Summons Service Executed on Maine Educational Services 10/16/2015 . (DeLeo, Robin) (Entered: 10/16/2015) |
| 10/19/2015 | | (private) Motions terminated (Matrana, L) (Entered: 10/19/2015) |
| 10/19/2015 | 94 | Order Denying Application to Dismiss/Withdraw Document (RE: related document(s)75 Motion to Dismiss/Withdraw Document filed by Defendant R3 Education, Inc. dba Saba University School of Medicine) Signed on 10/19/15. (Lew, K) (Entered: 10/19/2015) |
| 10/19/2015 | 95 | Request for Issuance of Summons *for Maine* Filed by William A. Demmons III, Karen S. Fowler (DeLeo, Robin) (Entered: 10/19/2015) |
| 10/20/2015 | 96 | Summons Issued on Maine Educational Services of National Education Association Answer Due 11/19/2015. (Donelon, G) (Entered: 10/20/2015) |
| 10/20/2015 | 97 | Summons Service Executed on Maine Educational Services 10/20/2015 . (DeLeo, Robin) (Entered: 10/20/2015) |
| 10/30/2015 | 98 | Unopposed Motion to Extend Time *to File Pleadings* Filed by R3 Education, Inc. dba Saba University School of Medicine (Knapp, Bradley) (Entered: 10/30/2015) |
| 11/02/2015 | 99 | Order Granting Motion to Extend Time to November 23, 2015 IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)98 Motion to Extend Time filed by Defendant R3 Education, Inc. dba Saba University School of Medicine) Signed on November 2, 2015. (Donelon, G) (Entered: 11/02/2015) |
| 11/03/2015 | 100 | Order Setting Trial Signed on November 3, 2015 (RE: related document(s)1 Complaint filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler) Trial scheduled for 4/12/2016 at 10:00 AM and April 13,2016 at 10:00 A.M at 500 Poydras Street, Suite B-705 **SECTION B**. (Donelon, G) (Entered: 11/03/2015) |
| 11/04/2015 | 101 | Certificate of Service Filed by R3 Education, Inc. dba Saba University School of Medicine (RE: (related document(s)99 Order on Motion to Extend Time) (Knapp, Bradley) (Entered: 11/04/2015) |
| 11/05/2015 | 102 | BNC Certificate of Mailing - PDF Document(RE: (related document(s) 100 Order to Set Trial) Notice Date 11/05/2015. (Admin.) (Entered: 11/05/2015) |
| | 103 | Unopposed Motion for Authority *for Substitution of Educational Credit Management Corporation as Party Defendant due to Transfer of Interest* Filed by Educational Credit Management Corporation (LaSalle, |

| | | |
|---|---|---|
| 11/11/2015 | | Heather) (Entered: 11/11/2015) |
| 11/13/2015 | 104 | Order Granting Motion For Authority to Substitute Party Defendant IT IS FURTHER ORDERED that movant shall serve this order on the required parties who will not receive notice through the ECF System pursuant to the FRBP and the LBRs and file a certificate of service to that effect within three (3) days. (RE: related document(s)103 Motion for Authority filed by Creditor Educational Credit Management Corporation) Signed on November 12, 2015. (Nunnery, J.) (Entered: 11/13/2015) |
| 11/13/2015 | 105 | Certificate of Service Filed by Educational Credit Management Corporation (RE: (related document(s)104 Order on Motion for Authority) (Attachments: # 1 Exhibit 1) (LaSalle, Heather) (Entered: 11/13/2015) |
| 11/23/2015 | 106 | Answer to Complaint , Answer to Amended Complaint Filed by R3 Education, Inc. dba Saba University School of Medicine (RE: (related document(s)1 Complaint filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler, 58 Amended Complaint filed by Plaintiff William A. Demmons, Plaintiff Karen S. Fowler) (Knapp, Bradley) (Entered: 11/23/2015) |
| 11/23/2015 | 107 | Motion for Withdrawal of Reference *and Incorporated Memorandum*. Fee Amount $176. Filed by R3 Education, Inc. dba Saba University School of Medicine (Knapp, Bradley) (Entered: 11/23/2015) |
| 11/23/2015 | | Receipt of filing fee for Motion for Withdrawal of Reference(15-01024) [motion,mwdrefad] ( 176.00). Receipt number 5381053, amount $ 176.00. (re:Doc# 107) (U.S. Treasury) (Entered: 11/23/2015) |